JOSEPH J. BABICH, ESQ. / SBN: 096290
jbabich@dbbwc.com
SEAN D. WISMAN ESQ. / SBN: 296420
swisman@dbbwc.com
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone: (916) 379-3500
Facsimile: (916) 379-3599
DBBWC-ESERVICE@dbbwc.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL J. HALL and JEANNETTE HALL, | Case No.: 2:20-cv-01789-TLN-DMC |
| Plaintiffs, | **STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER DEADLINES** |
| v. | |
| CITY OF WEED, JOHN GALE, and DOES 1 through 10, inclusive, | |
| Defendants. | |

On September 4, 2020, this Court filed its Initial Pretrial Scheduling Order (ECF No. 4). The parties have in good faith conducted discovery in the form of Rule 26(a) disclosures, written discovery and depositions.

Plaintiff Paul J. Hall's complaint (ECF No. 1) alleges violations of 42 U.S.C. §1983 and California Civil Code §52.1, as well as claims of negligence, assault and battery. These claims are based on Defendant Officer John Gale's tasing of Plaintiff Paul J. Hall which resulted in severe burns. The Siskiyou County Sheriff's Office criminally investigated this case and considered criminal prosecution against Defendant Officer John Gale. As of this date, the Siskiyou County District Attorney J. Kirk Andrus has not informed counsel of his decision on whether or not to criminally prosecute Defendant Officer John Gale. As such, Defendant Officer John Gale is asserting his Fifth Amendment right against self-incrimination and has refused to provide

1  deposition testimony.  Plaintiff's counsel, Joseph J. Babich, intends to depose District Attorney J.
2  Kirk Andrus to determine whether he intends to prosecute Defendant Officer John Gale, and if not,
3  thereafter will depose Defendant Officer John Gale.  Based on the above, the parties are
4  requesting a 180-day extension of the Initial Scheduling Order deadlines.

The parties have stipulated to modify this courts initial scheduling order as follows:

| | Event | Current Date | Proposed New Date |
|---|---|---|---|
| 1. | Deadline to Disclose Expert Witnesses | 08/22/2022 | 02/20/2023 |
| 2. | Deadline to Supplement List of Expert Witnesses | 09/21/2022 | 03/20/2023 |
| 3. | Deadline to File Dispositive Motions | 12/19/2022 | 06/19/2023 |

**IT IS SO STIPULATED**

DATED: August 11, 2022         **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**

By: _____
       JOSEPH J. BABICH

DATED: August 11, 2022         **ANGELO, KILDAY & KILDUFF, LLP**

By: /s/ Bruce A. Kilday
       BRUCE A. KILDAY

DATED: August 11, 2022         **ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP**

By: /s/ Dale L. Allen, Jr.
       DALE L. ALLEN, JR.

**ORDER**

Good cause appearing therefore, the foregoing stipulation is APPROVED as follows:

| | Event | Current Date | New Date |
|---|---|---|---|
| 1. | Deadline to Disclose Expert Witnesses | 08/22/2022 | 02/20/2023 |
| 2. | Deadline to Supplement List of Expert Witnesses | 09/21/2022 | 03/20/2023 |
| 3. | Deadline to File Dispositive Motions | 12/19/2022 | 06/19/2023 |

**IT IS SO ORDERED**

DATED: August 12, 2022

Troy L. Nunley
United States District Judge

**Stipulation and Order to Modify Scheduling Order Deadlines**