1  BRUCE A. KILDAY, ESQ., SBN 66415
     Email: bkilday@akk-law.com
2  DERICK E. KONZ, ESQ., SBN 286902
     Email: dkonz@akk-law.com
3  WILLIAM J. BITTNER, ESQ., SBN 292056
     Email: wbittner@akk-law.com
4  **ANGELO, KILDAY & KILDUFF, LLP**
5  Attorneys at Law
   601 University Avenue, Suite 150
6  Sacramento, CA  95825
7  Telephone:  (916) 564-6100
   Telecopier:  (916) 564-6263
8
   Attorneys for Defendant CITY OF WEED
9

10                   UNITED STATES DISTRICT COURT
11                   EASTERN DISTRICT OF CALIFORNIA
12

| PAUL J. HALL and JEANNETTE HALL, | ) Case No.: 2:20-cv-01789-TLN-DMC |
|---|---|
| Plaintiffs, | ) |
| vs. | ) **STIPULATION AND ORDER TO RE-SCHEDULE SETTLEMENT CONFERENCE** |
| CITY OF WEED, JOHN GALE, and DOES 1 through 10, inclusive. | ) |
| Defendants. | ) |

   The parties, through their respective counsel, and with the approval of the Court, hereby stipulate that the settlement conference in this matter is re-scheduled and will be conducted on June 1, 2023, before the Hon. Carolyn Delaney.

**IT IS SO STIPULATED**

/ / /

/ / /

---

-1-
STIPULATION AND ORDER TO RE-SCHEDULE SETTLEMENT CONFERENCE

| | | |
|---|---|---|
| 1 | Dated: March 2, 2023 | **ANGELO, KILDAY & KILDUFF, LLP** |
| 2 | | |
| 3 | | *[signature: Bruce Kilday]* |
| 4 | | By:_____ |
| 5 | | BRUCE A. KILDAY |
| 6 | | DERICK E. KONZ |
| 7 | | WILLIAM J. BITTNER |
|   | | Attorneys for Defendant CITY OF WEED |

Dated: March 1, 2023                                **DREYER BABICH BUCCOLA WOOD COMPORA, LLP**

/s/ Joseph J. Babich
By:_____
JOSEPH J. BABICH

Dated: March 1, 2023

**ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP**

/s/ Dale L. Allen, Jr.
By:_____
DALE L. ALLEN, JR.

### ORDER

Good Cause appearing therefore, the foregoing stipulation is APPROVED.

**IT IS SO ORDERED**

Dated: March 2, 2023

*[signature: Carolyn K. Delaney]*
_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE