BRUCE A. KILDAY, ESQ., SBN 66415
  Email: bkilday@akk-law.com
DERICK E. KONZ, ESQ., SBN 286902
  Email: dkonz@akk-law.com
WILLIAM J. BITTNER, ESQ., SBN 292056
  Email: wbittner@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant CITY OF WEED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL J. HALL and JEANNETTE HALL, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CITY OF WEED, JOHN GALE, and DOES 1 ) <br> through 10, inclusive. ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: 2:20-cv-01789-TLN-DMC <br><br> **STIPULATION AND ORDER TO RE-SCHEDULE SETTLEMENT CONFERENCE** |

1  The parties, through their respective counsel, and with the approval of the Court, hereby
2  stipulate that the settlement conference in this matter is re-scheduled and will be conducted on
3  August 14, 2023, before the Hon. Carolyn Delaney.

**IT IS SO STIPULATED**

Dated: April 28, 2023                    ANGELO, KILDAY & KILDUFF, LLP

              */s/ Derick E. Konz*
            By:_____
             DERICK E. KONZ
             BRUCE A. KILDAY
             WILLIAM J. BITTNER
             Attorneys for Defendant CITY OF WEED

Dated: April 28, 2023                    DREYER BABICH BUCCOLA WOOD COMPORA, LLP

              */s/ Joseph J. Babich*
            *(*As Authorized on 4/27/2023*)*
            By:_____
             JOSEPH J. BABICH
             Attorney for Plaintiff

Dated: April 28, 2023                    ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP

              */s/ Dale L. Allen, Jr.*
            *(*As Authorized on 04/27/2023*)*
            By:_____
             DALE L. ALLEN, JR.
             Attorney for Defendant JOHN GALE

///

///

## ORDER

Good Cause appearing therefore, the foregoing stipulation is APPROVED. The settlement conference in this matter is re-scheduled and will be conducted on August 14, 2023, before the Honorable Carolyn K. Delaney.

**IT IS SO ORDERED**

Dated:  April 28, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE