UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL J. HALL and JEANNETTE HALL, | Case No.: 2:20-cv-01789-TLN-DMC |
| Plaintiffs, | **ORDER GRANTING DEFENDANT CITY OF WEED'S REQUEST TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| CITY OF WEED, JOHN GALE, and DOES 1 through 10, inclusive. | |
| Defendants. | |

GOOD CAUSE AND COMPELLING REASONS HAVING BEEN SHOWN, the Court hereby GRANTS the Request to Seal by Defendant City of Weed (the "City") submitted concurrently with its motion for summary judgment. **Exhibit F** to the Declaration of Justin Mayberry shall remain sealed only for the duration of the summary judgment motion proceedings or until otherwise ordered by the Court.  In addition, the Court seals the declaration of Bruce A. Kilday and the City's request to seal. If any party or other interested person wishes to have the documents or any portion of the documents unsealed, that party or other person shall file an application with the Court and serve all other parties to this action with a copy of such application. The video provided to the Court by Defendant and designated in Defendant's Notice and Request to Seal the Documents are hereby ordered to be filed under seal by the Clerk of the Court.

1     IT IS SO ORDERED.

3   DATED: November 13, 2023

                                    Troy L. Nunley
                                    United States District Judge

ORDER GRANTING DEFENDANT CITY OF WEED'S REQUEST TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT