BRUCE A. KILDAY, ESQ., SBN 66415
  Email: bkilday@akk-law.com
J. SCOTT SMITH., ESQ., SBN 1151163
  Email: ssmith@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendant CITY OF WEED

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL J. HALL and JEANNETTE HALL, | Case No.: 2:20-cv-01789-TLN-DMC |
| Plaintiffs, | **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT CITY OF WEED and DEFENDANT JOHN GALE TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| CITY OF WEED, JOHN GALE, and DOES 1 through 10, inclusive. | |
| Defendants. | |
| | DATE: **January 11, 2024 [Vacated]**<br>TIME: 2:00 p.m.<br>DEPT: 2, 15th floor |

    The Parties, and each of them, hereby stipulate that Good Cause exists to permit the filing of Reply Briefs be extended by five days from Nov. 27 to Dec. 1, 2023.

    Good Cause consists of the following:

    a) The current due date for Reply briefs is Monday, Nov. 27, which would require Counsel to work through the Thanksgiving holidays;

    b) The Plaintiffs' brief in Opposition lists almost 200 disputed facts, each of which requires individual attention and response;

-1-
STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT CITY OF WEED and DEFENDANT JOHN GALE TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

      c) The Court issued a Minute Order this morning [ECF 46] which vacated the hearing date and submitted the Motions without oral argument. Accordingly, the short five-day extension which is being requested should not adversely impact the Court's schedule.

      d) Counsel for each of the parties has agreed to this request and thus, combined with today's Minute Order, there is no prejudice to the parties.

Therefore, the Parties, and each of them, respectfully ask the Court to extend the date for filing of Reply Briefs by five days, to Dec. 1, 2023.

Dated: November 21, 2023　　　　ANGELO, KILDAY & KILDUFF, LLP

　　　　　　　　　　　　　　　　　　　　/s/ Bruce A. Kilday
　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　BRUCE A. KILDAY
　　　　　　　　　　　　　　　　　　J. SCOTT SMITH
　　　　　　　　　　　　　　　　　　Attorneys for Defendant CITY OF WEED

Dated: November 21, 2023　　　　ALLEN, GLAESSNER, HAZEL WOOD & WERTH

　　　　　　　　　　　　　　　　　　　　/s/ Dale L. Allen
　　　　　　　　　　　　　　　　　　(As Approved on 11/21/2023)
　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　DALE L. ALLEN
　　　　　　　　　　　　　　　　　　Attorneys for Defendant JOHN GALE

Dated: November 21, 2023　　　　DREYER BABICH BUCCOLA WOOD CAMPORA

　　　　　　　　　　　　　　　　　　　　/s/ Joseph J. Babich
　　　　　　　　　　　　　　　　　　(As Approved on 11/20/2023)
　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　JOSEPH J. BABICH
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation of the parties, and Good Cause having been shown, the date for filing Reply briefs by DEFENDANTS CITY OF WEED and JOHN GALE is hereby extended by 5 days to Dec. 1, 2023.

DATED: November 21, 2023

_____
Troy L. Nunley
United States District Judge